FILED

FEB 1 4 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VRAM KALPACKCHYAN,<br><br>Defendant | Case No.: 25-CR-0312-TWR<br><br>**JUDGMENT OF DISMISSAL** |

Upon the motion of the United States of America pursuant to Federal Rule of Criminal Procedure 48(a), IT IS HEREBY ORDERED that the Indictment in the above-entitled case against Vram Kalpackchyan is dismissed without prejudice.

SO ORDERED AND ADUDGED.

DATED: 2/14/25

_____
HONORABLE TODD W. ROBINSON
United States District Court Judge